UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>              Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>              Respondent. | No.  2:23-cv-1014 WBS KJN P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se and in forma pauperis, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a document styled "Motion to Dismiss for Insufficient Process." (ECF No. 21.)  However, petitioner objects that despite filing a decline of consent to the jurisdiction of a magistrate judge, the undersigned magistrate judge has been addressing petitioner's motions.  Thus, petitioner's filing is so construed.

      This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Because petitioner declined the jurisdiction of a magistrate judge, this case was assigned to the Honorable William B. Shubb, U.S. District Judge.  The undersigned addresses nondispositive motions by order, but any dispositive motion will be addressed by findings and recommendations, which will then be reviewed and decided by Judge Shubb.

1

1    In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion (ECF
2 No. 21) is denied.
3 Dated: September 12, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcph1014.den3